**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGABU TESFU<br><br>       Plaintiff(s),<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A. , et al.<br><br><br><br>       Defendant(s). | CASE NO:<br>2:20−cv−03408−FMO−AFM<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>30</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: March 15, 2021           _/s/ Fernando M. Olguin_
                                        Fernando M. Olguin
                                        United States District Judge